**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------x

In re

Global Crossing LTD., et al            **CHAPTER 11**
                                          **CASE NO.02-40188**

------------------------------------x

## POST CONFIRMATION ORDER AND NOTICE

WHEREAS an order of confirmation has been issued on the 26th day of December, 2002, and whereas, pursuant to Local Bankruptcy Rule 58, it is the debtor's responsibility to inform the court of the progress made towards: consummation of the plan under 11 U.S.C.S. §1101(2), entry of a final decree under Federal Rules of Bankruptcy Procedure, Rule 3022 and case closing under 11 U.S.C.S. §350:

IT IS THEREFORE ORDERED that the debtor, plan proponent, trustee or party in interest, hereafter party in interest, shall comply with the following:

1) <u>Reports</u>. Subject to ¶ 5 and pursuant to 11 U.S.C.S. §1106(a)(7), the party in interest shall file, within forty-five (45) days after the date of this order, a status report detailing the actions taken by the party in interest and the progress made in the consummation of the plan. Reports shall be filed thereafter every January 15th, April 15th, July 15th, and October 15th until a final decree has been entered.

2) <u>Notice</u>. Party in interest shall mail a copy of the order confirming the plan and this post confirmation order as notice thereof to the debtor, debtor's attorney, creditors' committee, attorney for the creditors' committee and all parties requesting notice who have filed with the court a notice to appear.

3) <u>Clerk's Charges and Report Information</u>. Within fifteen (15) days of the date of this order, party in interest shall submit a written request to the Clerk of the Court to obtain the sum representing any notice and excess claim charges. Said amount shall be paid in full not later than January 10th, 2003.

4) <u>Final Report and Decree</u>. Within fifteen (15) days of substantial consummation of the plan, the party in interest shall file an application for a final decree in accordance with 11 U.S.C.S. §1106(a)(7). The application shall include a narrative of the activities taken toward compliance with the plan <u>and</u> the information typically contained in the report, referred to in ¶ 1 of this order.

For the purposes of this paragraph, unless the parties demonstrate otherwise, "substantial consummation" is presumed to have occurred with the distribution of any deposit required by the plan. If no deposit was required, "consummation" is presumed by the payment of the first distribution required by the plan.

5) <u>Case Closing</u>. The party in interest must submit the information contained in ¶ 4, including a final decree closing the case within six (6) calendar months from the date of the order confirming the plan, unless the court orders otherwise on application. If, however, the party in interest fails to comply with this order, the Clerk shall so advise the Judge and ask the court to issue a show cause order.

Dated: **December 31, 2002**

                                        **s/ Robert E. Gerber**
                                        U.S. Bankruptcy Judge
                                        Southern District of New York